G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
LOIS BROWNE PALMER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS BROWNE PALMER | **Case No.: 2:12-cv-02121-KJM-CKD** |
|     Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| STATES RECOVERY SYSTEMS, INC.; DOES 1 to 10, inclusive, | |
|     Defendants. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41a(1), Plaintiff, LOIS BROWNE PALMER, by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:
December 20, 2012

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff